Certificate Number: 05781-GAN-DE-041279279

Bankruptcy Case Number: 26-55569



05781-GAN-DE-041279279

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2026, at 7:15 o'clock AM PDT, Keishunna Townsley completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  August 3, 2026            By:     /s/Allison M Geving

Name:  Allison M Geving

Title:  President